■ IN THE MATTER OF SYLVAN-VERONA BEACH COMMON SCHOOL DISTRICT, Appellant, v STATE OF NEW YORK PUBLIC EMPLOYMENT RELATIONS BOARD, Respondent. — Judgment unanimously affirmed, with costs, upon the decision at Special Term, O'Donnell, J. (Appeal from judgment of Supreme Court, Oneida County, O'Donnell, J. — art 78.) Present — Dillon, P. J., Callahan, Doerr and Moule, JJ.

■ NEW YORK JANITORIAL SERVICE, INC., Appellant, v SUZANNE L. USDAN et al., as Executors of SAMUEL LEMBERG, Deceased, et al., Respondents. — Judgment unanimously affirmed, with costs, for the reasons stated in the memorandum decision of trial court, Reagan, J. (Appeal from judgment of Supreme Court, Onondaga County, Reagan, J. — breach of contract.) Present — Dillon, P. J., Callahan, Doerr, O'Donnell and Moule, JJ.